**ORIGINAL**   300002137   Dallas

# IN THE FEDERAL COURTS OF ~~TARRANT~~ COUNTY
# OF ~~FORT WORTH~~ Dallas, TEXAS

*U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED 2022 NOV -7 AM 8:59 DEPUTY CLERK ___ mb*

**Rev. Charles Hellom Sr.**

**Herman B. Jones**

**LaKeshia R. Edmond**
Tunie Edmond

**Brad F. Jones**
Daniel Sims

**Lafayette Woods**
Leon Sims

**Rev. James Murry**
Chrissy

**Jerry Hoskins**
Tim L Bryant of Pulaski Court

**Monia Calcurrico**
Derrick of Pulaski Court

**Jefferson County Police**

**Plaintiff**

3-22CV2487-B

Vs.

**Dallas FBI Agent Ann**
Woodforest National Bank

**Junction Crossing Pegasus Residential LLC its subsides and financial institutions**
Linda Quinn of Pulaski Court

**Pegasus Residential LLC its subsides and financial institutions**
Walmart located at 8520 N. Beach Street Keller TX

**RPM Living**
State of California

**The Vue on Riverfront Sovereign Property State of Arkansas Secretary of State Property**

Four Seasons New York + Downtown Kimpton Harper and Pittman

**Richardson Properties State of Arkansas Secretary of State Property**

The Park Avenue lot + Apartments Little Rock AR

**Willow**

**Olympus Stone Glen**

Olympus 7th Street

**UMB**

**Defendants**

On this day being the 7th ~~2nd~~ of November 2022, Miss Edmond is filing federal suit regarding the case number 3113037 cause number 60-cv-18-2642, Junction Crossing Pegasus Residential LLC as well as RPM Management.

Tarrant County Constables who served the Defendants in December of 2019 at the property located 10001 N Frwy. Fort Worth, Texas being that the evidence shows that the Writ of Possession to the Defendants shows and reads executed and the Defendants have not contested the matter now comes to matter of legal rights to the property.

Being that Defendants have not under Arkansas Rules of Suit being either federal or civil, that the thirty day time frame for anyone to respond from the company, has passed that the matter of who the property belongs to, is now forfeited to the Plaintiff, LaKeshia Edmond and also entitled Minister and Alderman James Murry, as well as others in the suit listed as Plaintiff for any monetary value to be agreed by the Plaintiff who draw the suit against the Plaintiff.

Because the matter has been forfeited by the Defendants, there may be no legal counsel and that the Dallas FBI Agent Ann is responsible for all allegations.

Miss Edmond may posse the property on the 14th of November 2022 before noon to ensure her safety from the homeless shelter, where she has been imprisoned in due to the state authorities being that Dallas FBI Agent Ann and Mayor Betsy Price who has been asked to resign from her position in this summons.

Also the matter of Governor Gregg Abbott is also asked to resign from his position and that there is no Governor at the moment for the State of Texas.

The State of Texas has been put on review for its matters of extortion as well as racial attacks, remarks and being that the matter is video surveillance, the State did not care to conduct themselves in a manner being professional and that also putting US Government of DC at possible risks of being reprimanded by other countries.

A. Miss Edmond adds that in this suit being federal that the Dallas FBI Agent Ann is made to have her daughter arrested for the continued verbal harassment of trying to sexually rape her 19 year old daughter of Abilene Christian University.

Miss Edmond also files federal suit against the City of Fort Worth, Texas regarding the homeless rape of mentally challenged woman Monica who has been missing from the PNS for almost a year and has reported it.

The matter is on video surveillance and can't be contested.

Miss Edmond is seeking putative damages of 25 million dollars in which Miss Edmond uses as evidence in the courts that the federal agent stole her stimulus check and should not be working for the Dallas FBI.

Miss Edmond who is also suing for another 25 million for the continued harassment and ~~rape~~ theft regarding her daughter Jordyn Phenice Edmond.

This matter is for the State of Arkansas jurisdiction as well as that again with the evidence and emails that which the Defendant has, again Miss Edmond is to be on the property of the 14th of November without being harassed as well as that the Community manager in this suit is made to ensure that all financial matters are in the Plaintiff LaKeshia R. Edmond names, as well as that the property and its previous and current names and their subsidies are under Sovereign Property and all past and future land development is under State of Arkansas, Oklahoma, and Brad F. Jones as Castle Rock Investment Group.

Miss Edmond is not made to leave the property and thus already being served the Writ of Possession, Writ of Garnishment, and Writ of Execution that are all still valid for Miss Edmond to take possession of the property.

The matter of her daughter Willow is to be in State of Arkansas federal custody by the ~~Spring~~ Winter of 2023.

If Sarah Canales is not there, as well as due to the emails that the Plaintiff has sent to the property and no one answers the emails as well as that all other leasing consultants are made to leave the property and that if received any monies other than Sarah Canales it will be against the City of Fort Worth, Texas well as that now would be a great day for all to leave the property.

All keys that the State of Arkansas is now video surveillance will be monitored as well as picked up by the State of Arkansas and thrown in Atlanta Federal prison.

Miss Edmond is to posse the model unit on the 14th of November 2022 or any model unit *or apartment*.

Jerry Hoskins are to be at the Olympus Property being Stone Glen and share responsibilities.

Sarah Canales will be at the location assigned by ~~Brad F. Jones~~ LaKeshia Edds her land developer for the company in which she has a relationship with. Plaintiff's

Monica Calicurrioc is the Manager on property.

Wherefore in the next 21 days or less, Miss Edmond grants ~~submits~~ this federal suit for Motion for ~~Summary Judgement.~~ Default Judgement to Plaintiff, LaKeshia Edmond et al. Summary Judgment

Miss Edmond states that because this is a federal suit involving theft and the integrity of the officials in authority in the State of Texas, now before the federal courts of US Government in the State of Texas, being now Arkansas jurisdiction in which now the State of Arkansas Secretary of State, LaKeshia Rashawn Edmond may judge and sign and award this federal suit.

Miss Edmond is no longer to be video surveillance once on property.

Miss Edmond adds that because the federal agent stole her 2020 Stimulus check, that the Plaintiff requests that the Defendants UMB in cause number 342-332811-22 would be awarded without being contested by either one as well as all other Defendants, per approved City of Ft. Worth police report.

Ann the Dallas FBI Agent, ~~is responsible for all service for the other Defendants that Plaintiff LaKeshia Edmond did not serve as well as may not speak in this matter and if speaking will be fined.~~ is responsible for this suit. Thus notifying assistance grants. wil Texas Rules of federal and civil procedures are struct. The matter of a federal judge is uncontested.